Clarence Sandberg, Minor, by Charles A. Sandberg, His Next Friend, Appellee, v. Marion C. Williams et al., Appellants.

Gen. No. 9,719.

opinion filed January 27, 1942. Charles A. Darling, for appellants; Arthur L. Puklin and William C. Clausen, for appellee. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."